HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT L ANDERSON,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

CASE NO. C19-6135RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation, recommending that the Court deny and dismiss Petitioner Anderson's § 2254 habeas petition without prejudice for failure to exhaust his state court remedies. [Dkt. # 14]. Anderson has objected to the Report and Recommendation. [Dkt. # 15].

1. The Report and Recommendation is **ADOPTED;**
2. Anderson's § 2254 habeas petition is **DENIED** and **DISMISSED** without prejudice;
3. For the reasons articulated in the Report and Recommendation, the Court **WILL NOT** issue Anderson a Certificate of Appealability;
4. If he appeals, Anderson's *in forma pauperis* status will **NOT** continue;

ORDER - 1

5. The Clerk shall send copies of this Order to the Anderson's last known address and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 10th day of February, 2020.

Ronald B. Leighton
United States District Judge